# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE L. PICKERING,<br><br>        Plaintiff,<br><br>  v.<br><br>ENENMOH,<br><br>        Defendant. | Case No. 1:11-cv-00937 LJO DLB PC<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR DOCUMENTS<br>(Document 37)<br><br>THIRTY-DAY DEADLINE |

Plaintiff Wayne L. Pickering ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.

On May 23, 2013, the Court determined that Plaintiff's Second Amended Complaint ("SAC") did not state any cognizable claims against any Defendants, and dismissed it without leave to amend. Plaintiff appealed the dismissal.

On August 1, 2014, the Ninth Circuit reversed in part and remanded the action for further proceedings. The Court determined that at the screening stage, Plaintiff's SAC stated a cognizable Eighth Amendment claim against Defendant Enenmoh.

On November 26, 2014, Plaintiff was instructed to return service documents.[1]

On December 23, 2013, Plaintiff filed a request for documents. He states that he did not receive the documents that the Court ordered be sent with the November 26, 2014, order.

---

[1] Plaintiff's motion for leave to file a Third Amended Complaint will be addressed by separate order.

1   Plaintiff's motion is GRANTED.  The Clerk of Court is ORDERED to resend the November
2 26, 2014, order, with all required documents, to Plaintiff at his new address.
3   <u>Plaintiff's service documents will be due within thirty (30) days of the date of service of this
4 order.</u>

IT IS SO ORDERED.

Dated:   **December 29, 2014**                    /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE

2