UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE L. PICKERING,<br><br>    Plaintiff,<br><br> v.<br><br>CLARK, et al.,<br><br>    Defendants. | No. 1:11-cv-00937 LJO DLB PC<br><br>ORDER REGARDING PLAINTIFF'S IN FORMA PAUPERIS STATUS ON APPEAL<br><br>Document 75 |

  Plaintiff Wayne L. Pickering ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed a notice of appeal on June 13, 2016. On June 20, 2016, the Ninth Circuit referred the appeal to this Court for the limited purpose of determining whether in forma pauperis status should continue for this appeal, or whether the appeal is frivolous or is taken in bad faith. 28 U.S.C. § 1915(a)(3).

  Plaintiff's appeal is not frivolous, nor is it taken in bad faith. Accordingly, Plaintiff's in forma pauperis status should continue on appeal.

IT IS SO ORDERED.

  Dated:  **June 28, 2016**       /s/ *Dennis L. Beck*
                    UNITED STATES MAGISTRATE JUDGE